# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: 14-PO-00125-DLW |
| | USM Number: 40524-013 |
| EDWARD R. MARTINEZ | James Shaner |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Plead guilty to Count I of the Information.

The defendant is adjudicated guilty of this offense:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC 844(a) | Possession of Marijuana | 05/02/14 | I |

    The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

August 15, 2014
Date of Imposition of Judgment

s/David L. West
Signature of Judge

David L. West, U.S. Magistrate Judge
Name & Title of Judge

August 21, 2014
Date

DEFENDANT: EDWARD R. MARTINEZ
CASE NUMBER: 14-PO-00125-DLW                                            Judgment-Page 2 of 5

## UNSUPERVISED PROBATION

The defendant is hereby placed on unsupervised probation for a term of one (1) year.

The defendant shall not commit another federal, state, or local crime.

The drug testing and/or treatment required by 18 U.S.C. § 3563(a)(5) is suspended.

The defendant shall perform ten (10) hours of community service and furnish written proof of completion of same to the Court by October 1, 2014.

The defendant shall not enter onto Ute Mountain Ute Tribal Lands for a period of one (1) year with the exception of driving through Tribal Lands on Highways 160 and 491.

The defendant shall pay a fine in the amount of $1,000.00 and a $100.00 special assessment fee. Said fine and costs shall be paid at the rate of $100.00 per month due on or before the 15th day of each month and paid in full on or before August 1, 2015.

If the defendant has not completed payment in full by August 1, 2015, he shall appear before the Court on August 4, 2015 at 10:00 a.m.

DEFENDANT:  EDWARD R. MARTINEZ  
CASE NUMBER:  14-PO-00125-DLW

Judgment-Page 3 of 5

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| I | $100.00 | $1,000.00 | $0.00 |
| **TOTALS** | $100.00 | $1,000.00 | $0.00 |

The defendant must pay interest on any restitution or fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options set forth below may be subject to penalties for delinquency and default pursuant to 18 U.S.C. § 3612(g).

DEFENDANT:  EDWARD R. MARTINEZ
CASE NUMBER:  14-PO-00125-DLW                                                                 Judgment-Page 4 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

Defendant shall pay fine and costs at the rate of $100.00 per month due on or before the 15th day of each month to be paid in full on or before August 1, 2015.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment, (2) fine principal, (3) fine interest, (4) penalties.